# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

## CIVIL CASE NO. 1:07cv86

| | |
|---|---|
| STEVEN MOCK, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )    **JUDGMENT**<br>) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | ) |

For the reasons stated in the Memorandum of Decision filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion for Judgment on the Pleadings [Doc. 13] is **DENIED**; the Defendant's Motion for Summary Judgment [Doc. 15] is **ALLOWED**; the decision of the Commissioner denying benefits to the Plaintiff is **AFFIRMED**; and this matter is hereby **DISMISSED** in its entirety on the merits.

Signed: August 18, 2008

Martin Reidinger
United States District Judge